```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  2 0 APR 2010
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AT&T CORP.,                              :
                                        :
                    Plaintiff,          :     09 CV 1588 (PAC)
                                        :
          -against-                     :     First Amended.
                                        :     CIVIL CASE MANAGEMENT
LUIGINO'S INC. a/k/a BELLISIO FOODS     :     PLAN AND SCHEDULING ORDER
INC.,                                   :
                    Defendant.          :
-----------------------------------------------------------X

      This Civil Case Management Plan, submitted in accordance with Rule 26(f), Fed.
R. Civ. P., is adopted as the Scheduling Order of this Court in accordance with Rule
16(f), Fed. R. Civ. P.

1.      All parties do not consent to conducting all further proceedings before a
Magistrate Judge, including motions and trial. 28 U.S.C. §636 (c).

2.      This case is to be tried to a jury.

3.      Amended pleadings may not be filed and additional parties may not be joined
except with leave of the Court. Any motion to amend or to join additional parties shall be
filed within thirty (30) days from the date of this Order.

4.      Initial disclosure pursuant to Rule 26(a)(1), Fed. R. Civ. P., has been completed.

5.      All fact discovery shall be completed no later than August 13, 2010.

6.      The parties are to conduct discovery in accordance with the Federal Rules of Civil
Procedure and the Local Rules of the Southern District of New York. The following
interim deadlines may be extended by the written consent of all parties without
application to the Court, provided all fact discovery is completed by the date set forth in
paragraph 5 above.

        a.      Initial requests for production of documents to be served by May 14, 2010.
        b.      Interrogatories to be served by May 14, 2010.
        c.      Depositions to be completed by July 30, 2010.
        d.      Requests to Admit to be served no later than May 14, 2010.

7.      a.      All expert discovery shall be completed no later than forty (40) days from
the date in paragraph 5.

b.      No later than thirty (30) days prior to the date in paragraph 5, i.e., the completion of all fact discovery, the parties shall meet and confer on a schedule for expert disclosures, including reports, production of underlying documents and depositions, provided that (i) plaintiff(s)' expert reports(s) shall be due before those of defendant(s)' expert(s); and (ii) all expert discovery shall be completed by the date set forth in paragraph 7(a).

8.      All motions and applications shall be governed by the Court's Individual Practices, including pre-motion conference requirements.

9.      All counsel must meet face-to-face for at least one hour to discuss settlement within fourteen (14) days following the close of fact discovery.

10.     a.      Counsel for the parties have discussed an informal exchange of information in aid of an early settlement of this case and have agreed upon the following: N/A (initial disclosures have been completed).

b.      Counsel for the parties have discussed the use of the following alternate dispute resolution mechanisms for use in this case (i) a settlement conference before a Magistrate Judge. Counsel for the parties propose the following alternative dispute resolution mechanism for this case: Settlement conference.

c.      Counsel for the parties recommend that the alternate dispute resolution mechanism designated in paragraph b, be employed at the following point in the case: week of July 19, 2010.

d.      The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

11.     The Final Pretrial Submission Date is thirty (30) days following the close of fact and expert discovery (whichever is later). By the Final Pretrial Submission Date, the parties shall submit a Joint Pretrial Order prepared in accordance with the undersigned's Individual Practices and Rule 26(a)(3), Fed. R. Civ. P. Any motions *in limine* (for which the promotion conference requirement is waived) shall be filed by the Final Pretrial Submission Date. If this action is to be tried before a jury, proposed voir dire, jury instructions and verdict form shall also be filed by the Final Pretrial Submission Date. Counsel are required to meet and confer on a joint submission of proposed jury instructions and verdict form, noting any points of disagreement in the submission. Jury instructions may not be submitted after the Final Pretrial Submission Date, unless they meet the standard Rule 51(a)(2)(A), Fed.R. Civ.P. If this action is to be tried to the Court, proposed findings of fact and conclusions of law should be submitted by the Final Pretrial Submission Date.

12.     Counsel for the parties have conferred and their present best estimate of the length of trial is:  three to four days.

13.    Summary of Civil Case Management Plan Scheduling Dates:

| Civil Case Management Plan Requirement | Due Date |
|---|---|
| Motion to amend or to join additional parties to be filed no later than: | 5/15/10 |
| Initial disclosure pursuant to Rule 26(a) (1), Fed. R. Civ.P. to be filed no later than: | completed |
| All fact discovery to be completed no later than: | 8/13/10 |
| Discovery -- initial requests for production of documents to be served no later than: | 5/14/10 |
| Discovery -- interrogatories to be served no later than: | 5/14/10 |
| Discovery -- depositions to be completed no later than: | 7/30/10 |
| Discovery -- requests to admit to be served no later than: | 5/14/10 |
| All expert discovery to be completed no later than: | 9/22/10 |
| Parties to meet to confer on schedule for expert disclosures no later than: | 7/13/10 |
| All counsel to meet fact-to-face to discuss settlement no later than: | 8/27/10 |
| Date recommended by counsel for alternate dispute resolution: | week of 7/19/10 |

**TO BE COMPLETED BY THE COURT:**

14.    [Other directions to the parties]

15.    The (next Case Management) (Final Pretrial Conference) is scheduled for
   _7-14-10 - 2:15p n_

   This Order may not be modified or the dates herein extended, except by further
Order of this Court for good cause shown. Any application to modify or extend shall be
made in a written application in accordance with paragraph 1(E) of the Court's Individual
Practices and shall be made no less than two (2) days prior to the expiration of the date
sought to be extended.

                                                 Paul A. Crotty
                                                 United States District Judge

Dated: New York, New York
        _April 20, 2010_